**Patrick M. NICKERSON,**
**Plaintiff–Appellant**

v.

**GROENDYKE TRANSPORT, INC.;**
**Great West Casualty Co.,**
**Defendants–Appellees.**

No. 08–50776
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 2, 2008.

Erin L. Williams, Sedgwick, Detert, Moran & Arnold, Dallas, TX, for Plaintiff–Appellant.

James A. Mounts, III, Kemp Smith, El Paso, TX, for Defendants–Appellees.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Patrick M. Nickerson, proceeding *pro se* on appeal as he did

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

in the district court, seeks reversal of the district court's judgment dismissing Nickerson's action with prejudice. Our review of the entire record on appeal, including the district court's Memorandum Opinion and Order of April 15, 2008, 2008 WL 1766653, convinces us that the patient and detailed analysis and explanation contained in the district court's opinion totally and correctly support its judgment. For essentially the same reasons thus set forth by the district court, we affirm the dismissal of Nickerson's lawsuit with prejudice.

AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.